

Scott Edward Cole, Esq. (S.B. #160744)
Laura Grace Van Note, Esq. (S.B. #310160)
**COLE & VAN NOTE**
555 12th Street, Suite 1725
Oakland, California 94607
Telephone: (510) 891-9800
Facsimile: (510) 891-7030
Email: sec@colevannote.com
Email: lvn@colevannote.com
Web: www.colevannote.com

*Attorneys for Representative Plaintiff*

**PERKINS COIE LLP**
Susan D. Fahringer (Bar No. 162978)
SFahringer@perkinscoie.com
Lauren J. Tsuji (Bar No. 300155)
LTsuji@perkinscoie.com
Todd M. Hinnen (*Pro Hac Vice*)
THinnen@perkinscoie.com
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000

Thea E. Percival (Bar No. 339689)
TPercival@perkinscoie.com
3150 Porter Drive
Palo Alto, California 94304
Telephone: 650.838.4326
Facsimile: 650.838.4526

*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BRENT LETT, individually, and on behalf of all others similarly situated,<br><br>Plaintiff<br><br>v.<br><br>TTEC SERVICES CORPORATION; HEALTH NET, LLC., and DOES 1 through 100, inclusive<br><br>Defendant. | Case No. 3:22-cv-00018-SK<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING APRIL 25, 2022 HEARING ON DEFENDANTS' MOTION TO DISMISS CLASS ACTION COMPLAINT**<br><br>Judge: Hon. Magistrate Judge Sallie Kim |

Pursuant to Civil Local Rule 6-2, Plaintiff Brent Lett ("Plaintiff") and Defendants TTEC Services Corporation ("TTEC") and Health Net, LLC ("Health Net") (together, "Defendants"), by and through their attorneys of record, hereby stipulate as follows:

1. WHEREAS, the Court has scheduled a motion hearing on Defendants' Motion to Dismiss Class Action Complaint ("Motion") (Dkt. 22) for April 25, 2022 (Dkt. 27);

2. WHEREAS, Plaintiff and Defendants have conferred, and have agreed to discuss whether this matter is suitable for resolution outside of litigation, and believe that those discussions should take place in advance of the currently scheduled motion hearing; and

3. WHEREAS, the stipulated continuance will not alter the case schedule or any other deadline fixed by the Court;

WHEREFORE, IT IS HEREBY STIPULATED, by and between the parties that the hearing on Defendants' Motion be extended by thirty (30) days to Monday, May 23, 2022, at 9:30 a.m.

Dated: April 22 2022

**PERKINS COIE LLP**

By: *Todd M. Hinnen*

Susan D. Fahringer (Bar No. 162978)
*SFahringer@perkinscoie.com*
Lauren J. Tsuji (Bar No. 300155)
*LTsuji@perkinscoie.com*
Todd M. Hinnen (*Pro Hac Vice*)
*THinnen@perkinscoie.com*
1201 Third Avenue, Suite 4900
Seattle, WA 98101
Telephone: (206) 359-8000
Facsimile: (206) 359-9000

*Attorneys for Defendants*
TTEC Services Corporation
Health Net LLC

Dated: April 22, 2022

**COLE & VAN NOTE**

By: *Scott Edward Cole*

Laura Grace Van Note
*lvn@colevannote.com*
Scott Edward Cole
sec@colevannote.com
555 12th Street, Suite 1725
Oakland, CA 94607
(510) 891-9800

*Attorneys for Plaintiff*

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, the motion hearing on Defendants' Motion to Dismiss (Dkt. 22) is reset to May 23, 2022, at 9:30 a.m.

**IT IS SO ORDERED.**

Dated: ______________________ By: ______________________
The Honorable Magistrate Judge Sallie Kim